# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

WILLIAMS RODRIGUEZ-OLALDE,

    Petitioner,

v.                                             Civ. No. 20-1102 KG-GJF

UNITED STATES OF AMERICA,

    Respondent.

## ORDER DENYING *IN FORMA PAUPERIS* MOTION

This matter is before the Court on Petitioner's Motion for Leave to Appeal *In Forma Pauperis*. (Doc. 18). The Tenth Circuit dismissed Petitioner's appeal on November 17, 2021 for lack of prosecution. (Doc. 22). Hence, the motion pending before this Court is moot.

**IT IS ORDERED** that the Motion for Leave to Appeal *In Forma Pauperis* (Doc. 18) is denied as moot**.**

_____
UNITED STATES DISTRICT JUDGE